UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR5,

Plaintiff,

- against -

SHARON LUCAS a/k/a BLACKWELL, et al.,

Defendants.

**ORDER**

24-CV-9750 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Plaintiff initiated this action by filing a complaint on December 18, 2024 against Sharon Lucas a/k/a Blackwell, Kyle Lucas, the New York State Department of Taxation and Finance ("NYSDTF"), Advanced Oxy-Med Services, Inc. (together, "Named Defendants"), and twelve John Doe defendants. (Doc. 1). Defendants Sharon Lucas a/k/a Blackwell, Kyle Lucas, NYSDTF were all served on December 27, 2024. (Docs. 12-14). Defendant Advanced Oxy-Med Services, Inc. was served on December 30, 2024. (Doc. 15). On February 13, 2025, Clerk's Certificates of Default were entered as to the Named Defendants. (Docs. 22-25). There has been no activity on the docket since the Clerk's Certificates of Default were entered.

Accordingly, by March 20, 2025, Plaintiff shall comply with this Court's Individual Practices Rule 4(B) for obtaining a default judgment against the Named Defendants.

Failure to strictly comply with this Court's Individual Practices and this Order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: White Plains, New York
       March 6, 2025

_____
PHILIP M. HALPERN
United States District Judge